VILLAGE MANOR HEALTH CARE, INC., ET AL. *v.* AUDREY ROWE, COMMISSIONER, DEPARTMENT OF INCOME MAINTENANCE
(12059)

FOTI, LANDAU and HEIMAN, Js.

Argued January 11—decision released February 1, 1994

*Joseph D. Anroman,* for the appellants (plaintiffs).

*Heather J. Wilson,* assistant attorney general, with whom were *Arnold I. Menchel,* assistant attorney gen-

eral, and, on the brief, *Richard Blumenthal,* attorney general, and *Richard J. Lynch,* assistant attorney general, for the appellee (defendant).

PER CURIAM. The judgment is affirmed.